Charese A. Rohny, OSB No. 95396
charese@rohnylaw.com
**Charese Rohny Law Office, LLC**
1515 SW 5th Avenue, Suite 1010
Portland, Oregon 97201
Telephone: 503.449.2291
Facsimile: 503.248.9533
Of Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **LISA COURTNEY**<br><br>        Plaintiff,<br><br>    v.<br><br>**WALLOWA SCHOOL DISTRICT #12;**<br>**Former Wallowa School District #12**<br>**Superintendent MARC THIELMAN;**<br>**Wallowa School District #12 Former School**<br>**Board Chairperson WYLIE FREI;**<br>**Wallowa School Board Member KAREN**<br>**JOSI; School Board Member ED MILLAR;**<br>**Wallowa School District #12**<br>**Superintendent BOB SISK**<br><br>        Defendants. | Case No. 09-837-SU<br><br><br>**DECLARATOIN OF CHARESE A.**<br>**ROHNY IN SUPPORT OF**<br>**PLAINTIFF'S MOTION TO EXTEND**<br>**PRE-TRIAL DEADLINES** |

I, Charese A. Rohny, state and declare under penalty of perjury the following:

1.      I represent plaintiff, Lisa Courtney.

2.      Plaintiff filed a complaint in federal district court on July 21, 2009.

3.      The current discovery deadline is November 23, 2009.

4.      On July 22, 2009, defense attorney Channing Bennett agreed to accept service on

behalf of all defendants.

Charese Rohny Law Office, LLC
1515 SW 5th Ave. Ste. 1010
Portland, Oregon 97201
Tel. 503.449.2291

5.    On November 2, 2009, Mr. Bennett communicated to me that he could not accept service on behalf of Wylie Frei since Frei no longer worked for the district and Mr. Channing had no new contact information for him to communicate and obtain permission to accept.

6.    Also, on November 2, 2009, Mr. Bennett indicated he had no objections to a 90 day extension.

7.    Plaintiff has been diligently searching for defendant Frei since that time.  Frei was just personally served the Summons and Complaint on November 17, 2009 in Ferdinand, Idaho.

8.    At or about the same time that defendant Frei was served, Mr. Channing communicated to me that he represents defendant Frei who does not object to an extension of deadlines.

9.    This is the first request for an extension of deadlines.

10.    The parties need time to conduct discovery and attempt mediation.

11.    This motion is filed in good faith and not for purposes of harassment or delay.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED:  This 17th day of November, 2009.

Respectfully submitted,

CHARESE ROHNY LAW OFFICE, LLC

By:    /s/ Charese A. Rohny
Charese A. Rohny OSB No. 953964
Of Attorneys for Plaintiff

Charese Rohny Law Office, LLC
1515 SW 5th Ave. Ste. 1010
Portland, Oregon 97201
Tel. 503.449.2291

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing ***DECLARATION OF CHARESE A. ROHNY IN SUPPORT***

***OF PLAINTIFF'S REQUEST FOR AN EXTENSION OF PRETRIAL DEADLINES*** on

J Channing Bennett
GARRETT HEMANN ROBERTSON PC
1011 Commercial NE
P.O. Box 749
Salem, Oregon 97308

by the following indicated method(s):

\_\_\_\_     by **faxing and mailing** full, true, and correct copies thereof by faxing to the attorney at the fax
number as above stated, which is the last-known fax number for the        attorney's office, on the
date set forth below; and by mailing in a sealed envelope with postage prepaid thereon, addressed
as above stated, which is the last-known office address of the attorney, and deposited with the
United States Postal Service at   Portland, Oregon, on the date set forth below.

\_\_\_\_     by **mailing** full, true, and correct copies thereof in a sealed envelope with postage prepaid
thereon, addressed as above stated, which is the last-known office address of the attorney, and
deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

\_\_\_\_     by causing full, true and correct copies thereof to be **hand-delivered** to the attorney at either the
attorney's last-known office address as above stated, on the date set forth below, or at another
location where the attorney is known to be, on the date set forth below.

\_\_X\_\_   by mailing full, true and correct copies thereof to cbennett@ghrlawyers.com.

DATED this 17th day of November, 2009

By:     *Charese A. Rohny*

Charese A. Rohny
OSB #95396
(503) 293-5770
Of Attorneys for Plaintiff

Charese Rohny Law Office, LLC
1515 SW 5th Ave. Ste. 1010
Portland, Oregon 97201
Tel. 503.449.2291