AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

LISA COURTNEY

*Plaintiff*

v.   ) Civil Action No. CV-09-837-SU

WALLOWA SCHOOL DISTRICT #12, ET AL

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Wylie Frei
3O1 Main
Cottonwood, ID 93522

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Charese Rohny
CHARESE ROHNY LAW OFFICE, LLC
1515 SW Fifth Avenue, Suite 1010
Portland, OR 97201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court
CLERK OF COURT

Date: NOV 16 2009

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. CV-09-837-SU

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __WYLIE FREI__
was received by me on *(date)* __11/17/2009__.

☒ I personally served the summons on the individual at *(place)* __196 ROLLING HILLS RD, FERDINAND, IDAHO 83526__ on *(date)* __11/17/2009__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __11/17/2009__

_____
Server's signature

__GENE RENO, PROCESS SERVER__
Printed name and title

__1806 13TH ST, LEWISTON, ID 83501__
Server's address

Additional information regarding attempted service, etc: