Charese A. Rohny, OSB No. 95396
charese@rohnylaw.com
**Charese Rohny Law Office, LLC**
1515 SW 5th Avenue, Suite 1010
Portland, Oregon 97201
Telephone: 503.449.2291
Facsimile: 503.248.9533
Of Attorneys for Plaintiff

FILED'10 FEB 22 15:46USDC-ORP

RECV'10 FEB 22 14G USDC-ORP

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

LISA COURTNEY

    Plaintiff,

v.

**WALLOWA SCHOOL DISTRICT #12, et al.,**

    Defendants.

Case No. 09-837-SU

**CONSENT TO MAGISTRATE**

### CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND DESIGNATION OF NORMAL APPEAL ROUTE

    Pursuant to Fed.R.Civ. P. 73(b), the undersigned party or parties to the above-captioned civil matter hereby consent to have a United States Magistrate Judge conduct any and all proceedings in the case, including dispositive motions, trial, and order the entry of final judgment. I understand that withholding consent will not result in any adverse consequences.

    In accordance with Fed. R. Civ. P. 73(c), the filing party also confirms that any appeal from a judgment or final order entered by a Magistrate Judge shall proceed directly to the appropriate U.S. Court of Appeals: 1) the U.S. Court of Appeals for the 9th Circuit; or 2) the U.S. Court of Appeals for the Federal Circuit.

DATED this 17th day of February, 2010

(Signature)

(Typed Name)    Charese A. Rohny    Bar ID No: 95396

Email Address:    charese@rohnylaw.com

(Firm Name):    Charese Rohny Law Office, LLC

(Mail Address):    1515 SW Fifth Avenue, Suite 1010, Portland, Oregon 97201

(Telephone):    503-449-2291

(Representing):    Plaintiff Lisa Courtney

Page 1      **PLAINTIFF'S CONSENT TO JURISDICTION BY A U.S. MAGISTRATE JUDGE**

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing ***PLAINTIFF'S CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE AND DESIGNATION OF NORMAL APPEAL ROUTE*** on:

J Channing Bennett
GARRETT HEMANN ROBERTSON PC
1011 Commercial NE
P.O. Box 749
Salem, Oregon 97308

by the following indicated method(s):

☐    by **faxing and mailing** full, true, and correct copies thereof by faxing to the attorney at the fax number as above stated, which is the last-known fax number for the attorney's office, on the date set forth below; and by mailing in a sealed envelope with postage prepaid thereon, addressed as above stated, which is the last-known office address of the attorney, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

☐    by **mailing** full, true, and correct copies thereof in a sealed envelope with postage prepaid thereon, addressed as above stated, which is the last-known office address of the attorney, and deposited with the United States Postal Service at Portland, Oregon, on the date set forth below.

☐    by causing full, true and correct copies thereof to be **hand-delivered** to the attorney at either the attorney's last-known office address as above stated, on the date set forth below, or at another location where the attorney is known to be, on the date set forth below.

☒    by mailing full, true and correct copies thereof to cbennett@ghrlawyers.com.

DATED this 17th day of February, 2010.

By: _____

Charese A Rohny
OSB #95396
(503) 293-5770
Of Attorneys for Plaintiff

Charese Rohny Law Office, LLC
1515 SW 5th Ave. Ste. 1010
Portland, Oregon 97201
Tel. 503.449.2291

# UNITED STATES DISTRICT COURT

## District of Oregon

LISA COURTNEY,
**[Plaintiff],**

                              Plaintiff(s)

vs.                                                    **Case No:**      3:05-CV-[Case No.]-HA

WALLOWA SCHOOL DISTRICT #12, et al.                                      09 837 SU
**[Defendant],**

                              Defendant(s).

---

### Consent to Jurisdiction by a Magistrate Judge
### and Designation of the Normal Appeal Route

        In accordance with Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. In accordance with Fed. R. Civ. P. 73(c), I agree that any appeal from a final order or judgment entered by a United States Magistrate Judge shall proceed directly to the United States Court of Appeals for the Ninth Circuit, and not to a District Judge of this Court.

**DATED:**  February __16__ , 2010

                    Signature: _____

        Name & OSB ID:    J. Channing Bennett, OSB 022511

        e-mail address:    cbennett@ghrlawyers.com

            Firm Name:    Garrett Hemann Robertson P.C.

      Mailing Address:    P.O. Box 749

        City, State, Zip:    Salem OR  97308-0749

        Phone Number:    503-581-1501

    Parties Represented    Defendants

cc:    Counsel of Record

---

Revised December 1, 2004                              **Magistrate Consent Form**

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing **Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route** on the date indicated below,

| | |
|---|---|
| [x] | Via Regular Mail with postage prepaid |
| [ ] | Via Email Transmission |
| [ ] | Via Electronic Filing Notice |
| [ ] | Via Facsimile Transmission |
| [ ] | Via Hand Delivery |
| [ ] | Via Overnight Delivery |

to the following person(s) a true copy thereof, contained in a sealed envelope (if other than by facsimile transmission), addressed to said person(s) at their last known addresses indicated below:

> CHARESE ROHNY
> Attorney at Law
> 1515 S.W. Fifth Avenue, Suite 1010
> Portland OR 97201
> *OSB No. 953964*
> *Tel 503 449-2291*
> *Fax 503 248-9533*
> Of Attorneys for Plaintiff

DATED this __16__ day of February, 2010

> GARRETT HEMANN ROBERTSON P.C.

> J. Channing Bennett, OSB No. 022511
> cbennett@ghrlawyers.com
> Luke W. Reese, OSB No. 076129
> lreese@ghrlawyers.com
> 503-581-1501
> 503-581-5891 (FAX)
> Of Attorneys for Defendants

CERTIFICATE OF SERVICE: COURTNEY V.
WALLOWA SCHOOL DISTRICT #12, ET AL.

Page - 1
n:\wpdocs\80592035\cert-consent.doc\ldn
2/16/1015:38:00